

April 28, 2025

VIA ECF
Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> The Clerk of Court is respectfully directed to modify docket entries 3, 9, 13, 14, 15 and 17, as well as the 1/23/25 minute entry, to substitute initials for Plaintiffs' names.  The Court cannot permanently seal judicial documents wholesale, but the Clerk shall seal ECF Nos. 1, 3, 4, 9 and 13-18 (court and parties' view only), provided counsel for Plaintiffs files redacted versions (redacting only material that would identify Plaintiffs or their child), no later than 5/12/25.
>
> SO ORDERED.   4/28/25
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.

Re:   *S.S., et al.  v. Katonah-Lewisboro Union Free School District, et al.,* 7:24-cv-09267 (CS)

Dear Judge Seibel:

We were recently retained to represent Plaintiffs in the above-referenced matter brought under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq*., Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, 42 U.S.C. § 1983, and New York State law in which Plaintiffs seek, *inter alia*, review of an administrative decision by a State Review Officer as well as attorneys' fees, costs, and expenses for legal work performed in this matter and the underlying administrative matters.

As the Court is aware, prior to our retention in this matter, Plaintiffs were proceeding *pro se*.  In proceeding *pro se*, our clients submitted various documents under their full name out of necessity. In a letter dated February 13, 2025 (Dkt. 14), Plaintiffs requested that the Court permit them to proceed under their initials and to place the documents in which their full names and/or contact information be placed under seal to protect their identity and their son's identity pursuant to the Family Education Rights Privacy Act, 20 U.S.C. § 1232(g) and 34 C.F.R. Part 99.  On February 14, 2025, the Court issued a memo endorsement that stated in the relevant part: "Upon reflection, I concur with Plaintiffs.  The Clerk of Court is respectfully directed to substitute Plaintiffs' initials for their names on the docket."  (Dkt. 15).

Unfortunately, our client's full name or last name continues to appear in various docket entries, and thus we respectfully request that the Court direct the Clerk of Court to replace our clients' names with their initials in the following docket entries:

- Dkt. 3 – Pro Se Consent to Receive Electronic Service;
- Dkt. 9 – 1/6/25 Letter to Court;
- 1/23/2025 – minute entry of court;
- Dkt. 13 – Amended Complaint;
- Dkt. 14 – 2/14/25 Letter to Court;
- Dkt. 15 – Memo Endorsement; and
- Dkt. 17 – 2/18/25 Letter to Court.

The Law Office of Steven Alizio, PLLC, 11 Broadway, Suite 568, New York, NY 10004

Tel: 347.395.4656     |     Fax: 347.214.2233     |     salizio@edlawny.com     |     www.edlawny.com

Additionally, our clients' names and contact information appear in various documents that have been filed with the Court and remain publicly available. To protect our clients' identities and, in turn, the identity of their minor child, we respectfully request that the Court place the following documents under seal:

- Dkt. 1 – Complaint;
- Dkt. 2 – Civil Cover Sheet;
- Dkt. 3 – Pro Se Consent to Receive Electronic Service;
- Dkt. 4 – Summons;
- Dkt. 9 – 1/6/25 Letter to Court (Dkt. 9);
- Dkt. 13 – Amended Complaint (Dkt. 13);
- Dkt. 14 – 2/14/25 Letter to Court (Dkt. 14);
- Dkt. 15 – Memo Endorsement;
- Dkt. 16 – Second Amended Complaint;
- Dkt. 17 – 2/18/25 Letter to Court (Dkt. 17); and
- Dkt. 18 – Memo Endorsement.

We have conferred with Defendants' counsel, and Defendants do not object to the aforementioned requests.

Thank you for Your Honor's consideration.

Respectfully,
*/s/ Steven J. Alizio*
Steven J. Alizio, Esq.
Justin B. Shane, Esq.
Hope H. Turbert, Esq.
The Law Office of Steven Alizio, PLLC
Counsel for Plaintiffs

cc: Steve Banks, Esq. (via ECF)
     Cassidy Ellen Allison, Esq. (via ECF)
     Daniel Petigrow, Esq. (via ECF)