# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

S.S. and E.S., on behalf of K.S.,

                Plaintiffs,                  24 **CIVIL** 9267 (CS)

    -against-                         **<u>JUDGMENT</u>**

  KATONAH LEWISBORO UNION FREE SCHOOL
  DISTRICT and DR. RAYMOND BLANCH.

               Defendants.

---------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 9, 2026, Plaintiffs' motion for summary judgment is denied, and Defendants' motion for summary judgment is granted. Accordingly, the case is closed.

**Dated:** New York, New York

       February 12, 2026

                             **TAMMI M. HELLWIG**

                               **Clerk of Court**

          **BY:**

                               **Deputy Clerk**